1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 | JAMES CRAMBLIT, | ) Case No.: 1:17-cv-00058-SAB (PC) |
| 12 | Plaintiff, | ) ORDER STRIKING UNSIGNED COMPLAINT, |
| 13 | v. | ) (ECF No. 5), AND REQUIRING PLAINTIFF TO ) FILE SIGNED COMPLAINT |
| 14 | CALIFORNIA DEPARTMENT OF | ) |
| 15 | CORRECTION AND REHABILITATION, et al., | ) **THIRTY (30) DAY DEADLINE** |
| 16 | Defendants. | ) |
| 17 | | ) |
| 18 | | ) |

19         Plaintiff James Cramblit is a state prisoner proceeding pro se in this civil rights action pursuant

20  to 42 U.S.C. § 1983. Plaintiff initiated this action on December 7, 2016 by a letter sent to the United

21  States District Court in the Northern District of California. (ECF No. 1.) Plaintiff was provided a blank

22  complaint form, (ECF No. 2), and on December 27, 2016, Plaintiff filed a complaint, (ECF No. 5). On

23  January 11, 2017, based on the allegations of the complaint, this action was ordered to be transferred

24  to this district. (ECF No. 8.)

25         Plaintiff's complaint filed on December 27, 2016 lacks any signature. Both the Federal Rules

26  of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be

27  signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed.

28  R. Civ. P. 11(a); Local Rule 131(b).

Since Plaintiff's complaint is unsigned, the Court must strike it from the record. Plaintiff will be provided with a complaint form and will be permitted thirty (30) days to file a signed complaint that complies with Federal Rules of Civil Procedure and the Local Rules.

Accordingly, it is HEREBY ORDERED that:

1.     Plaintiff's complaint, filed December 27, 2016 (ECF No. 5), is stricken from the record for lack of signature;

2.     The Clerk's Office shall send to Plaintiff a civil rights complaint form; and

3.     Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a signed complaint or a notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:   **January 13, 2017**

UNITED STATES MAGISTRATE JUDGE