# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRAMBLIT,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-00058-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER<br><br>[ECF No. 23] |

Plaintiff James Cramblit is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

This action shall proceed on Plaintiff's ADA claim against the CDCR and Warden Fisher.

On July 11, 2017, Defendants' filed an answer to Plaintiff's complaint. (ECF No. 21.) On August 1, 2017, Plaintiff filed a response to Defendants' answer. (ECF No. 23.)

Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

1

Fed. R. Civ. P. 7(a). Because the Court did not order Plaintiff to reply to Defendants' answer, Plaintiff's response is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: __**August 2, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE