**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES CRAMBLIT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00058-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT<br><br>[ECF No. 25] |

Plaintiff James Cramblit is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 20, 2017, Plaintiff filed a motion for settlement under California Penal Code sections 803(c), 147, and 2650, as well as California Civil Code section 52(b).

Plaintiff is advised that he is not entitled to settlement of this case under any of the code sections listed above. Plaintiff is advised that settlement offers and/or negotiations between the parties shall not be filed with the Court. If both parties believe a settlement conference will be beneficial, they may contact the Court and a settlement conference will be arranged. Accordingly, Plaintiff's motion for settlement of the case is denied.

IT IS SO ORDERED.

Dated: __September 21, 2017__　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1